UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  ROBERT DEAN HYDLER<br>  PAMELA HYDLER<br>                                    Debtors | CASE NO: 06-33375<br>      (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4077782**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | ROBERT DEAN HYDLER & PAMELA HYDLER<br>7472 RED ROBIN STREET<br>FRANKLIN, OH  45005 | 4.77 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 5/19/2011

Certificate of Service                    06-33375

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

ROBERT DEAN HYDLER                HAROLD JARNICKI                (1010.1n)
PAMELA HYDLER                     576 MOUND CT                   HOLLY N WOLF
7472 RED ROBIN STREET             SUITE B                        MANLEY DEAS KOCHALSKI LLC
FRANKLIN, OH  45005               LEBANON, OH  45036             BOX 165028
                                                                 COLUMBUS, OH  43216

                Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            sv